UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:23-CV-00206-FDW

| | |
|---|---|
| SAMUEL E. RAMSEY III, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court the Consent Motion to Remand, (Doc. No. 8). For the reasons stated in the motion, it is GRANTED. The Court finds good cause has been alleged for remand and that further administrative fact-finding is warranted. Accordingly, the Court hereby under sentence four of 42 U.S.C. § 405(g) remands the case to the Commissioner for further administrative proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**IT IS SO ORDERED.**

Signed: December 6, 2023

Frank D. Whitney
United States District Judge